IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and<br>VICTORIA GOODMAN, on behalf of themselves<br>And others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>LEXISNEXIS RISK & INFORMATION<br>ANALYTICS GROUP, INC.,<br><br>                        Defendants. | CIVIL ACTION<br><br>No. 11-2950 |

## STIPULATION REGARDING BRIEFING SCHEDULE

It is hereby stipulated by and between counsel for Plaintiffs Keesha Goode and Victoria Goodman and counsel for Defendant LexisNexis Risk & Information Analytics Group, Inc.[1] that Plaintiffs shall have until August 19, 2011 to file their response to Defendant's Motion to Dismiss, and Defendant shall have until August 29, 2011 to file a reply brief in support of Defendant's Motion to Dismiss.

**STIPULATED AND AGREED TO:**

/s/ Irv Ackelsberg

Irv Ackelsberg
Langer Grogan & Diver, PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Telephone No. (215) 320-5703
*Co-Counsel for Plaintiffs*

/s/ Andrew J. Soven

Andrew J. Soven
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone No. (215) 851-8100

*Counsel for Defendant*

**SO ORDERED:**

_____
U.S.D.J.

---

[1] Defendant contends that LexisNexis Screening Solutions Inc. is the proper party in interest.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2011, a true and correct copy of the foregoing Stipulation for Extension of time has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system. A copy of this Stipulation has been served on counsel of record via the ECF system.

/s/ *Andrew J. Soven*
Andrew J. Soven