IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and<br>VICTORIA GOODMAN, on behalf of themselves<br>And others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>LEXISNEXIS RISK & INFORMATION<br>ANALYTICS GROUP, INC.,<br><br>                      Defendants. | CIVIL ACTION<br><br>No. 11-2950 |

**FILED**

AUG 0 9 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION REGARDING BRIEFING SCHEDULE

It is hereby stipulated by and between counsel for Plaintiffs Keesha Goode and Victoria Goodman and counsel for Defendant LexisNexis Risk & Information Analytics Group, Inc.[1] that Plaintiffs shall have until <u>August 19, 2011</u> to file their response to Defendant's Motion to Dismiss, and Defendant shall have until <u>August 29, 2011</u> to file a reply brief in support of Defendant's Motion to Dismiss.

**STIPULATED AND AGREED TO:**

<u>/s/ Irv Ackelsberg</u>
Irv Ackelsberg
Langer Grogan & Diver, PC
1717 Arch Street, Suite 4130
Philadelphia, PA  19103
Telephone No. (215) 320-5703
*Co-Counsel for Plaintiffs*

<u>/s/ Andrew J. Soven</u>
Andrew J. Soven
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
Telephone No. (215) 851-8100

*Counsel for Defendant*

**SO ORDERED:**

_____
   Jan E. DuBois
   8/8/11   U.S.D.J.

---

[1]   Defendant contends that LexisNexis Screening Solutions Inc. is the proper party in interest.