IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEESHA GOODE and VICTORIA GOODMAN, on Behalf of Themselves and Others Similarly Situated,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | NO. 11-2950 |
| vs. | : : | |
| **LEXISNEXIS RISK & INFORMATION ANAYLTICS GROUP, INC.,** | : : | |
| Defendant. | : | |

### O R D E R

**AND NOW,** this 13th day of September, 2011, the Court having scheduled an Initial Pretrial Conference on said date, and the parties, through counsel, having reported to the Court at the commencement of the Conference that they were in the process of scheduling a mediation before former United States Magistrate Judge Diane Welsh during the week of November 14, 2011, and counsel having asked the Court to delay the adoption of a schedule for further proceedings until the issue of settlement had been fully explored, and good cause appearing, **IT IS ORDERED** as follows:

    1. The Court **DEFERS** ruling on Defendant's Motion to Dismiss until the question of settlement is fully explored;

    2. Counsel shall jointly report to the Court (letter to Chambers, Room 12613) within one (1) week following the last mediation before former United States Magistrate Judge Diane Welsh, but in no event later than December 2, 2011, with respect to whether the case is settled; and,

    3. In the event the case is not settled as of the date counsel jointly report, and further

mediation or other settlement discussions are not contemplated by the parties, the Court will reschedule the Initial Pretrial Conference.

**BY THE COURT:**

**/s/ Jan E. DuBois**

**JAN E. DUBOIS, J.**