# EXHIBIT A

ESTEEM MEMBER: SERVICE AGREEMENT

THIS AGREEMENT is entered into between <Company> (Member) and ChoicePoint Services Inc. (CPS). In consideration of the mutual promises and representations set forth herein, the parties agree as follows:

**I. CPS agrees to provide the following services:**

1. CPS shall maintain a database, which will include theft records and criminal background records (hereinafter the "Esteem Database").

   a. **Theft records.**  Theft records included in the Esteem Database will be compiled from incident reports submitted by members of the Esteem Program ("Participating Companies"), which report thefts committed by the employees or former employees of the Participating Companies, as well as customer shoplifting incidents at Participating Companies.  Information from incident reports will only be included in the Esteem Database where the following requirements are met:

   (i)     The incident report involves theft of merchandise, cash or company property with a value of $5.00 or more;
   (ii)    The person who stole the merchandise, cash or company property is sixteen (16) years old or older on the date of the incident, as reported by the member; and
   (iii)   The incident report is accompanied by a signed admission statement by the person who stole the merchandise, cash or company property, OR the theft is being prosecuted.

   b. **Criminal records.**  Criminal records included in the Esteem Database shall include felony and misdemeanor records CPS compiles from public record searches.

2. Perform all option functions described in Schedule "A".

3. Comply with the Fair Credit Reporting Act when compiling, administering and maintaining the Esteem Database and when sharing information submitted by Member on incident reports.

4. Provide Esteem Awareness materials, consisting of one brochure per employee, one poster and door decal per location.

5. Indemnify and hold harmless Member, its' agents, and employees against all actions, suits, liabilities, settlements, losses, damages, penalties, fines, counsel fees and other expenses arising from third party claims asserted against Member due to the negligence of, or any act of commission or omission by CPS, its' agents or employees in furnishing or sharing of information under this agreement; provided that, Member notify CPS promptly of any claims or suits and reasonably cooperate in its defense at its own expense. CPS shall have the right and duty to conduct at its own cost any defense of Member under this paragraph. Notwithstanding the above, CPS's indemnification obligations under this Agreement shall be limited in the aggregate to One Hundred Thousand Dollars ($100,000.00) during the term of this Agreement.

**II. Member agrees to the following provisions:**

1. Member hereby acknowledges that the Esteem Database and its contents are and continue to be proprietary and belong solely to CPS.  Nothing contained in this Agreement shall be deemed to convey to Member or any other party any right, title or interest, including any patent, copyright or other proprietary right, in or to the Esteem Database or its contents, including the information contributed by Member.

2. Member agrees that it will use all information received from and knowledge gained from the Esteem Database exclusively in relation to making personnel decisions, including but not limited to, hiring, firing and promotional decisions.  Member will not disclose any information or knowledge gained through its use of the Esteem Database to any person who is not involved in the personnel decision.  All other requests for information from the Esteem Database, including from the subject employee or applicant, shall be referred to CPS for disclosure.  Member shall execute the Esteem Member Certification attached hereto as Schedule D.

3. Pay a Fixed Monthly Fee calculated in accordance with the provisions of Schedule "B" within 15 days after receipt of invoice. The Fixed Monthly Fee will be invoiced at the beginning of each service month (on or around the first day of each month). The Annual Rate Schedule (Schedule "B" Sec III) will remain constant throughout the contract term, however, the number of employees will be adjusted annually sixty days after the end of the Member's fiscal year based on year-end reporting. Any applicable state tax will be the responsibility of the Member.

4. Comply in all respects with the Rules of Participation as set forth in Schedule "C".

5. Recognize that CPS shall have the authority to share, license, use and redistribute Member data to other Members, businesses and institutions.

6. Acknowledge that data provided to Member through the Esteem service shall not be shared licensed or redistributed by Member.

7. CPS shall have the right to reveal the existence of this Agreement and the terms and conditions thereof in any electronic media or in any advertising, publicity release or sales presentation. Further, CPS shall have the right to display Member's name and logo on the Esteem website.

8. Indemnify and hold harmless CPS, its' agents, and employees against all actions, suits, liabilities settlements, losses, damages, penalties, fines, counsel fees and other expenses arising from claims asserted against CPS due to the negligence of, or any act of commission or omission by Member, its' agents or employees in furnishing or sharing of information under this agreement.

III.     Term

The initial term of this agreement is one year. Thereafter, this agreement shall automatically renew on a monthly basis. After the initial term, either party may terminate this agreement, without cause with 30 days written notice of its' intent to terminate. Either party may terminate this agreement if the other materially breaches any representations or obligations contained or referred to in the agreement, provided the non-breaching party gives the breaching party notice of such breach, and there has been a failure to remedy such breach within thirty (30) calendar days after receiving such notice. CPS may transfer or assign this Agreement to any division, corporation or other business entity controlled by or under the common control of CPS or the company's corporate successors or assigns.

**FOR Client**
ATTN: _____
_____
_____
_____

**FOR CPS**
ATTN: General Counsel
ChoicePoint Services Inc.
1000 Alderman Drive
Atlanta, Georgia 30319

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the date first above written.

**For Client**

By: _____

Title: _____

Date: _____

**CHOICEPOINT SERVICES INC.**

By: _____

Title: _____

Date: _____

2

SCHEDULE "A"

**ITEM DESCRIPTION**                    **AMOUNT**

NONE*

*Optional services, such as Adverse Action Letter preparation, performed by CPS may be listed in this section.
If "NONE" are listed, no optional services were selected.

3

SCHEDULE "B"

I.     LICENSE and TRAINING FEE:
         &lt;Member&gt; . ADMINISTRATIVE LOCATION(S)
         <u>City/State</u>

         Number of Adm. Locations  <u> 1  </u>@ No Charge =  No Charge
                                               ========

II.    AWARENESS MATERIALS
         Generic Awareness Materials are available for all employees, with the cost of the Esteem program.
         These materials consist of an Employee Brochure, Location Poster and Door Decal.  The Awareness
         Materials are used to inform employees of the consequences of counterproductive work behavior and to
         foster an ethical work environment.

III.   FIXED MONTHLY FEE
         Fixed Monthly Fee all locations: $xxxx (xxxx employees @ $x.xx divided by 12 mos.)
         Number of company locations: **xxx**
         Monthly per location fee = <u>**$xx.xx**</u> (fixed monthly fee divided by company locations)

### ESTEEM 2002 ANNUAL RATE SCHEDULE

| NUMBER OF EMPLOYEES | ANNUAL RATE (per employee) |
|---|---|
| Monthly Minimum | $200.00 |
| <2500 | $  3.50 |
| 2,501-      5,000 | $  2.50 |
| 5,001 -    10,000 | $  2.05 |
| 10,001 -  25,000 | $  2.00 |
| 25,001 -    50,000 | $  1.95 |
| 50,001 -    75,000 | $  1.90 |
| 75,001 -  100,000 | $  1.85 |
| 100,001 - 200,000 | $  1.70 |
| 200,001 - 300,000 | $  1.50 |
| 300,001 - 500,000 | $  1.25 |
| 500,001 + | $  1.00 |

Prices reflect **UNLIMITED** access to the ESTEEM database. Prices include ESTEEM
AWARENESS & EDUCATIONAL materials consisting of employee Introduction to
ESTEEM Program brochure, a permanent ESTEEM poster per store, and ESTEEM door
decal for main entrance(s) per store.

IV.  ROLLOUT PRICING FOR  &lt;Member&gt;.:
     Member will be charged the monthly per location fee for each location activated.

V.  DISCOUNTED CHARTER MEMBER PRICING FOR  &lt;Member&gt;
     Notwithstanding Section III, above, the monthly per location fee will be frozen at <u>**$xx.xx**</u> until xx/xx/xxxx.

VI. VALUE GUARANTEE:

     IF THE ANNUAL BENEFITS (NUMBER OF MATCHES X $1,000) IS LESS THAN THE ANNUAL FEES
     PAID, CPS WILL REIMBURSE &lt;MEMBER&gt; FOR THE DIFFERENCE. A MATCH IS DEFINED AS A
     REPORT TO &lt;MEMBER&gt; WHEN AN APPLICANT HAS AN ELIGIBLE (ACCORDING TO THE RULES
OF
     PARTICIPATION) INCIDENT REPORT IN THE ESTEEM DATABASE OR WHEN CPS CONFIRMS THE

4

USE OF AN ERRONEOUS SOCIAL SECUITY NUMBER ON THE APPLICATION.

SCHEDULE "C"

Rules of Participation

The Rules of Participation were developed by the Esteem advisory board and are an integral part of each Member's contract.  The rules may be amended when advisable and each Member will have the opportunity to accept the changes or cancel existing contractual obligations.

1. **Information Eligible for Contribution to Esteem:**

   - Contribution may be for employees or consumers who have committed theft of merchandise, cash, or company property.
   - Individuals for which an incident report is contributed must be at least sixteen (16) years of age on the date of the incident
   - The minimum dollar value for a reported incident is $5.00.
   - All contributions must have a signed admission statement, and/or be referred for criminal legal action.

2. **Contributing an Incident to Esteem:**

   - Member agrees to contribute an Incident Report within five (5) business days after obtaining the information.
   - Member agrees to make a diligent effort to obtain all  Incident Report information including a signature of admission and social security number.
   - When a signed admission is obtained and not contributed with the Incident Report, a facsimile of the admission statement with the signature will be contributed to Esteem within ten (10) business days from the date of the incident.
   - The Esteem database will be updated each business day with new and updated eligible Incident Report information contributed by all Members.
   - Member agrees to update or amend any Incident Report information that has previously been contributed the same day the new information becomes known.  This includes information on the disposition of a prosecution and any inaccurate or changed information.
   - CPS retains the right to delete any information that has been contributed by a Member, provided CPS notifies the Member prior to taking such action.

3. **Legal Compliance:**

   - CPS and all Members agree to comply with all state and federal legal requirements regarding employment screening.
   - All Esteem participating members will have executed:
     - Any state or federally required certification statements
     - A Esteem service agreement containing the Rules of Participation.
     - An acceptance certification to changes to the Rules of Participation (if applicable)

4. **Confidentiality**

   - Member agrees not to directly contact another Member's interviewer noted on the Incident Report for investigative purposes.

**Revision Date  July 18, 2001**

6

SCHEDULE "D"

# Esteem[SM] Member Certification

Pursuant to Sections 604(b) and 604(f) of the Fair Credit Reporting Act, the undersigned Esteem Member ("Member") certifies to the provider of the Esteem service, ChoicePoint Services Inc. ("CPS"), on its own behalf and on behalf of each Member location and affiliate authorized by CPS to access and use the Esteem service (collectively, the "Related Members") that Member and Related Members shall:

1. Obtain and use consumer reports from CPS only for employment purposes and for no other purposes;

2. Make a clear and conspicuous written disclosure to the consumer before any consumer report is obtained from CPS, in a document that consists solely of such disclosure, that a consumer report may be obtained on the consumer for employment purposes;

3. With respect to consumers that are residents of the State of California, make a clear and conspicuous written disclosure to the consumer before any consumer report is obtained from CPS, in a document that consists solely of such disclosure, that an investigative consumer report may be obtained on the consumer for employment purposes regarding the consumer's character, general reputation, personal characteristics, and mode of living. Such notification shall include the name and address of the investigative consumer-reporting agency conducting the investigation, the nature and scope of the investigation requested, and a summary of the provisions of §1786.22 of the California Civil Code.

4. Not obtain a consumer report from CPS without the consumer's prior written authorization to Member and/or Related Members (depending upon the procurer of the report) to obtain such report;

5. Not use information from such consumer report in violation of any federal or state equal opportunity law or regulation; and

6. Before taking any adverse action based in whole or in part on a consumer report from CPS, provide consumer a copy of the report and the Federal Trade Commission prescribed written summary of consumer's rights under the Fair Credit Reporting Act.

Member further certifies to CPS that it has the power and authority to sign this Certification on its own behalf and on behalf of each of the Related Members and by signing below, each of the Related Members has adopted this Certification as if separately signed by each of the Related Members.

Dated and Effective:

Name of Member: _____

By:_____

Name of Person Signing

Its: _____

Title of Person Signing

7

# EXHIBIT B

սիվիցիիսվիկիրինիրիսկիկիեսիսիկիկլկկիիկ
KEESHA CHANELL GOODE
3215 POTTER ST
PHILADELPHIA PA  19134-1921

Dear KEESHA CHANELL GOODE,

We have recently requested a criminal background report on you.  Information contained in this
report (enclosed herewith, including a summary of your rights under the Federal Fair Credit
Reporting Act and relevant state laws) may adversely affect your employment status.  The
background report was prepared by:

ChoicePoint WorkPlace Solutions Inc.
PO Box 105108,
Atlanta, GA 30302
(866) 688-4864

You have the right to obtain a free disclosure of your file from ChoicePoint WorkPlace
Solutions Inc. ("ChoicePoint") within 60 days of the date of this letter.  You also have the right
to dispute directly with ChoicePoints Consumer Dispute line at (866) 688-4864 the accuracy or
completeness of any of the information provided by ChoicePoint. ChoicePoint did not
participate in any employment decision and will be unable to provide any specific reasons as to
why we may choose to take an adverse employment action.

Sincerely,

Family Dollar Stores

Enclosures: ChoicePoint Workplace Solutions background report
            Summary of Rights

# EXHIBIT C

ChoicePoint Workplace Solutions
P.O. Box 49429
Charlotte, NC 28277
Phone 800-403-4750
Fax 800-256-5876

Esteem
Search Results

Requested by:

225001
Family Dollar-ES-Unicru
P.O. Box 1017
Charlotte          NC  29201

| | |
|---|---|
| Location: | 6163 |
| Subject: | GOODE , KEESHA CHANELL |
| Created: | 5/7/2009 |
| Request #: | EST-48667704 |
| Ref-Num: | 58457994 |
| | 6163 |

Search Data:

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Keesha | Address 1: | 3215 potter street | Phone #: | 2155432745 |
| MiddleName: | Chanell | Address 2: | | Business: | |
| Last Name: | Goode | City: | Philadelphia | License #: | |
| SSN: | 19664XXXX | State: PA | Zip Code: 19134 | Sex: | Race: |
| DOB: | 10/7/1XXXX | County: | | | |

Results:
---------------- BEGIN ESTEEM INCIDENT ----------------

Incident ID: 3404112

Subject Details:
SSN: 19664XXXX X    Match
Subject Name: Keesha  Goode    Match
Subject Alias Name:
Address: 334 H St
City, State, Zip: Phila, PA 19134
Phone: (267) 973-9974
ID Information:  No ID was recorded
Date of Birth: 10/7/XXXX    Match

Theft Location Details:
Member: Forman Mills
Store name: 113
Location: 113

Theft Incident Details:
Admission Status: Verified admission statement
Legal Action:
Incident: External
Type of Offense: Theft of Merchandise
Incident Date: 10/29/2008
Theft Amount: $34.97

-------------- END ESTEEM INCIDENT --------- ------

FAIR CREDIT REPORTING ACT NOTICE: The Information in this report is derived from research in accordance with the Fair Credit Reporting Act (FCRA, Public Law 91-508, Title VI). ChoicePoint Services Inc. cannot act as the guaranter of the information accuracy or completeness. Proper use of this report is governed by the FCRA and is the responsibility of the user.

0905181300

(autorpt/search results)

# EXHIBIT D

Choice point workplace solutions
Consumer report Disputes
P. O. Box 49429
Charlotte, NC 28277


To Whom It May Concern:


I am witting to challenge my esteem report and to request a copy of all information about me that choice point has regarding this report. Please send me a copy of my complete choice point's file, including a list of all employers to which you sent esteem reports on me.

I have become aware that choice point is issuing Esteem report telling employers that I admitted to theft of merchandise from Forman mills in October 2008. This is not true. Did not steal from them. I was accused of not reporting on a former employee who was stealing merchandise, but I did not steal anything myself.


Keesha Goode
3215 potter street
Philadelphia, pa19134
215-543-2745

# EXHIBIT E

 LexisNexis·

8/6/2009

Keesha Goode
3215 POTTER STREET
PHILADELPHIA,  PA  19134

Dear Keesha Goode,

You recently disputed information contained in a background report produced by LexisNexis for an
employment or volunteer purpose. We have completed our reinvestigation of the disputed information
and have verified that the original information provided on the background report was reported
accurately. Therefore, no change has been made to the background report originally produced.

A copy of the report reflecting the current information is enclosed for your records.

Upon your request, LexisNexis will provide you with a description of the procedure used to
reinvestigate the disputed information, including the name, address and telephone number to the extent
such information is available, of any relevant furnisher(s) of information.

You have a right to add a statement to your file disputing the accuracy or completeness of the
information. This statement will be included in future reports if the disputed information is contained
therein.

At your request, LexisNexis will notify anyone you specify who received your background report
containing the disputed information during the past two years that the information was disputed.
LexisNexis will furnish them a copy of your background report showing your statement disputing the
accuracy or completeness of the information.

If you have any additional questions regarding this matter, please call our Consumer Center at 866-898-
4864 or contact us in writing at:

LexisNexis Consumer Center -- Employment
P.O. Box 105108
Atlanta, GA 30348

Thank you for giving us the opportunity to assist you.

Sincerely,

LexisNexis Consumer Center

NOTE: Phone calls to the LexisNexis Consumer Center may be monitored for quality assurance.

LexisNexis and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. Other products and
services may be trademarks or registered trademarks of their respective companies. Copyright 2009 LexisNexis Risk & Information Analytics
Group Inc. All rights reserved.

# EXHIBIT F

LexisNexis Consumer Center—Employment
P.O. Box 105108
Atlanta, GA 30348

To Whom It May Concern:

I am responding to the letter you sent me, dated 8/6/09 concerning my dispute about my Esteem Report.

I previously asked you for all the information you have about me, and told you that my Esteem Report was not accurate. I was fired for not disclosing that I witnessed a theft by a former employee; I was not fired for stealing anything myself. Yet you state in the 8/6/09 letter that you have done some kind of investigation and have concluded that I did, in fact, commit a theft. You offered to tell me about the procedures you filed. Please do that, but also please provide me with copies of whatever information you are relying on. I cannot disprove information without knowing what it is, and where it came from.

Keesha Goode
3215 Potter Street
Philadelphia, PA 19134
215-543-2745

# EXHIBIT G

10/31/2008  13:25  8566657485                                          PAGE  06/13
18/29/2008  16:22  12153064618              STORE 113              PAGE  03/05

*FORMAN MILLS*
CASE HISTORY

REPORT NUMBER

SL# _____
DA# __2__
AD# _____
DATE: 10/29/08    Age: 27

Print All Information
Name: Keesha Goode                DOB: _____    Age: 27

Address: 3811 N Street    City: Phila,    State: Pa    Zip: 19134

SS#: _____    Phone: _____    D/L or State ID: State ; ___ #: _____

Sex: F  Race: B/K  Height: 5'2" Weight: 148 Eyes: Brn  Hair: Brn  Cash on Hand: _____

Date of Hire: 11/16/06

First Observed: Front END Apprehended Location: Front EnD Time: 1:30 pm
Time in Office: 1:35 pm  Time Out of Office: 3:15 pm

Details of Observations: Subject was ringing up a customer who used to work here
when she passed off listed items without scanning it subject then
bagged items and gave them to the customer Cashier was interviewed
and admitted that she free bagged subject was processed and
released

| CLASS | DESCRIPTION | PRICE | QTY | TOTAL |
|---|---|---|---|---|
| 1201 | Robe | 16.99 | 1 | 16.99 |
| 04230 | Ladies Jean | 9.99 | 1 | 9.99 |
| MEL7417 | Ladies Top | 7.99 | 1 | 7.99 |
| | | | | |
| | | GRAND TOTAL | | 34.97 |

If more room is needed use attachment form LP06-023

If Juvenile Released to: Relationship: _____
(print)_____    (signature)_____

Adult (Juvenile not released to authorized adult) Time of Release: _____
Time Police Called: _____ Time Police Arrived: _____ Time Police Departed: _____
Officer's Name: _____ Badge Number: _____ Department: _____

Comments: _____

Report Completed by: (print) Bobby Williams (signature) _____
Report Witnessed by: (print) Deandre Carter (signature) _____

LP 05-022 revised 04/18/06

WHITE – CORP          YELLOW – STORE          PINK - POLICE

10/31/2008  13:25    8566657485                                                         PAGE  08/13
      10/29/2000  16:22   12153054610              STORE 113                    PAGE  05/05



## CIVIL PENALTY NOTICE

I, _Keesha Goode_ , have admitted to the theft of cash or merchandise
valued at $ _34.97_ from Forman Mills store located at _Aramingo Ave_ , in _Phila, Pa_ .

I also hereby acknowledge that my detention on this date was reasonable.

In addition, I understand that this state has passed a law permitting merchants to recover civil monetary damages
from me (or a parent or guardian if I am a minor) as a result of this incident. The damages may take into con-
sideration the value of the merchandise, whether or not it was recovered, blemished or non-salable, the costs of
security, and any other damages permitted by law.

Furthermore, I understand that I (or a parent or guardian if I am a minor) may be receiving a letter on behalf of
Forman Mills, in the near future, to recover these monetary damages. The civil damages assessed are not in any
way intended to compromise any criminal action the store may seek as a result of the incident.

SIGNATURE: _Keesha Goode_                           DATE: _10-29-08_

SIGNATURE: _____
            (Signature of Parent or Guardian of unemancipated Minor if present)

ADDRESS: _3311 N Street_

CITY: _Phila_                                  STATE: _PA_  ZIP: _19154_

PHONE: ( ____ ) ____

WITNESSED: _Beatriz Cooley_

_____ Parents Signed Acknowledgement - Copy Given          _____ Refused to Sign - Copy Given

_____ Unable to Sign/RESTRAINED - Copy Given               _____ Non-English Speaking - Copy Given

_____ Parent Verified Address                              _____ Witness Verified Address Against Report

White Copy - Corporate      Yellow Copy - Corporate      Pink Copy - Store

10/29/2008  15:22    12153054610              STORE 113                    PAGE  04/05

FORMAN MILLS, INC.
1070 Thomas Busch Memorial Hwy.
Pennsauken, NJ 08110

### PROMISSORY NOTE

Report #: _____          Store #:  113

I, Keesha Goode _____  promise to pay Forman Mills, Inc.
the sum of $ 34.97 _____          for merchandise, cash, or company
property that I had taken from Forman Mills during my employment.

Upon signing this note for $  34.97 _____  I will pay on or before

10-31-08
_____
(Enter the Date)

The total amount is due on the date I indicated above and payments will not be accepted,
the total amount must be paid in full. If the payment is not made by the date I indicated
above, I understand that Forman Mills may also file suit to enforce the amount due and I
may be responsible for any costs of said suit. I also understand that the execution of this
Promissory Note does not preclude Forman Mills from filing criminal, civil charges where
or when applicable.

Signature: _Keesha Goode_____          Date: _10-29-08_

Name: _Keesha Goode_____
                      (Print Neatly)

DOB: _10-07-84_____

Address: _3311 H Street_____

_____

SSA# _____

Phone _____

Witness: _Mary Howard_____

Note: All payments must be made by Certified Check or Money Order and mailed to:
     Forman Mills, Inc
     Attention: Loss Prevention
     1070 Thomas Busch Memorial Hwy
     Pennsauken, NJ 08110

LP 05-032 Revised 08/18/06

WHITE – CORP                YELLOW – STORE              PINK - INDIVIDUAL

10/29/2008  16:22   12153054618                    STORE 113                        PAGE  02/05

## Forman Mills, Inc.
## Loss Prevention Department
## Statement Form

I, *Keesha Goode*, Residing at, *3311 H street*

Telephone # _____   Social Security # _____

Have been employed at FORMAN MILLS, INC., since *11-16-06* my

current position is *Customer Service*

I make the following statement to *Billy Williams / Daniel Garrett*
who identified himself / herself to me as a member of FORMAN MILLS
security department.

The following statement is made of my own free will, under no threats or
promises and to the best of my knowledge and belief:

*This was a one time thing it only happen
on time And they cusing to make me
said like i am thing about anything
else, Yes i [strikethrough] that this Was the
only one time, this happened.
And with the other probems i was just
doing my job. i love the Company
93700 and is wiling to repay.
And am so so so sorry about what
i did.*

*Keesha Goode*                         Date: *10-29-08*   Time: *2:43*

Person Making Statement (print)

*[signature]*                          *[signature]*

Person Making Statement (signature)    Witness (signature)

Distribution
White Copy – Corporate        Canary Copy – LP Manager        Pink Copy – Store Level
LP – 05-102 (08/08/07)

# EXHIBIT H



P.O. Box 49429
Charlotte, NC 28277
Tel 800-403-4750

**Applicant report for: GOODMAN, VICTORIA INEZ**



Wednesday, December 02, 2009

VICTORIA INEZ GOODMAN
2552 NTH 9TH ST
PHILADELPHIA, PA 19133

Dear  VICTORIA INEZ GOODMAN

Information we received in a Consumer Report obtained by ChoicePoint Services Inc., may adversely
affect your employment status with Rite Aid Corporation.

ChoicePoint Services Inc. will not participate in any employment decision at Rite Aid Corporation and
will be unable to provide you with specific reasons as to why Rite Aid Corporation may choose to take
an adverse employment action.

You have the right to obtain, free of charge, a copy of the Consumer Report from ChoicePoint
Services Inc., and a complete report is enclosed with this letter.  You further have the right to dispute
with ChoicePoint Services Inc. the accuracy or completeness of any information contained in the
Consumer Report.  You may contact ChoicePoint Services Inc. at:

ChoicePoint Services Inc.
Consumer Report
P.O. Box 49429
Charlotte, NC 28277
Phone: 1-800-403-4750
Fax: 1-800-256-5876

Sincerely,


Rite Aid Corporation


Enclosures:  ChoicePoint Services Inc. background report
Summary of Rights

---

FAIR CREDIT REPORTING ACT NOTICE:  The information in this report is derived from research in accordance with the Fair
Credit reporting Act (FCRA, 15 U.S.C. 1681 et seq., text in full at http:\\www.ftc.gov).  ChoicePoint Inc. cannot act as guarantor of
the information accuracy or completeness.  Proper use of this report is governed by the FCRA and is the responsibility of the
user.
*All fully displayed personal identifiable information is customer-provided.

GOODMAN

EXHIBIT I



P.O. Box 49429
Charlotte, NC 28277
Tel 800–403–4750

**Applicant report for: GOODMAN, VICTORIA INEZ**

Rite Aid
Account #: 224245
30 Hunter Ln.

Camp Hill, PA 17011

INPUT SSN:
Address:   2552 NTH 9TH ST
           PHILADELPHIA, PA, 19133

Request ID: 386664_41
Date Entered: 11/18/2009 2:26:00 PM
Date Completed: 11/19/2009 10:26:00 AM

| Location: | 03394 |
|---|---|
| End User: | Rite Aid |
| Division # | 00003 |
| Region # | 30061 |
| User Data | |
| Client Function: | |

Preliminary Adjudication: Non-Competitive
Final Adjudication: NONE

| Search Type | Preliminary Adjudication | Final Adjudication | Date Entered | Status |
|---|---|---|---|---|
| Felony Level | None | None | 11/18/2009 2:26 PM | Duplicate/Cancel No Charge |
| Misdemeanor Level | None | None | 11/18/2009 2:26 PM | Duplicate/Cancel No Charge |
| Esteem | Non-Competitive | None | 11/18/2009 2:26 PM | Complete |
| LexisNexis National Criminal File | None | None | 11/18/2009 2:26 PM | Duplicate/Cancel No Charge |

FAIR CREDIT REPORTING ACT NOTICE:  The information in this report is derived from research in accordance with the Fair Credit reporting Act (FCRA, 15 U.S.C. 1681 et seq., text in full at http:\\www.ftc.gov).  ChoicePoint Inc. cannot act as guarantor of the information accuracy or completeness.  Proper use of this report is governed by the FCRA and is the responsibility of the user.
*All fully displayed personal identifiable information is customer-provided.

GOODMAN



P.O. Box 49429
Charlotte, NC 28277
Tel 800-403-4750

**Applicant report for: GOODMAN, VICTORIA INEZ**

---

INPUT SSN:          INPUT DOB:          INPUT License#:

**Felony Level**                Reference Number: 60918106

**RESEARCH IN PROCESS**
**Misdemeanor Level**           Reference Number: 60918107

**RESEARCH IN PROCESS**
**Esteem**                      Reference Number: 60918108

———————— BEGIN ESTEEM INCIDENT ————————

Incident ID: 3230093

Subject Details:
SSN: 17056XXXX    Match
Subject Name: VICTORIA  GOODMAN    Match
Subject Alias Name:
Address: 2552 North 9th street
City, State, Zip: Philadelphia, PA 19133
Phone: (215) 229-8998
ID Information: No ID was recorded
Date of Birth: 5/4/XXXX

Theft Location Details:
Member: Dollar General
Store name: Store #7879
Location: 7879

Theft Incident Details:
Admission Status: Verified admission statement
Legal Action:
Incident: Internal
Type of Offense: Theft of Merchandise
Incident Date: 8/1/2006
Theft Amount: $100.00

———————— END ESTEEM INCIDENT ————————

**LexisNexis National**         Reference Number: 60918105
**Criminal File**

**RESEARCH IN PROCESS**

---

FAIR CREDIT REPORTING ACT NOTICE: The information in this report is derived from research in accordance with the Fair
Credit reporting Act (FCRA, 15 U.S.C. 1681 et seq., text in full at http:\\www.ftc.gov).  ChoicePoint Inc. cannot act as guarantor of
the information accuracy or completeness.  Proper use of this report is governed by the FCRA and is the responsibility of the
user.
*All fully displayed personal identifiable information is customer-provided.

# EXHIBIT J



P.O. Box 49429
Charlotte, NC 28277
Tel 800-403-4750

**Applicant report for: GOODMAN, VICTORIA INEZ**



Monday, December 07, 2009

VICTORIA INEZ GOODMAN
2552 NTH 9TH ST
PHILADELPHIA, PA 19133

Dear   VICTORIA INEZ GOODMAN

Thank you for your interest in Rite Aid Corporation.

Unfortunately, we will not be able to offer you employment at this time. Our decision was based in whole or in part on information about you contained in a consumer report received from ChoicePoint Services Inc. ChoicePoint Services Inc. did not in any way participate in the decision to deny your employment and cannot give you specific reasons why your employment was denied.

You have the right to get a free copy of the consumer report if you request it from ChoicePoint Services Inc. within 60 days of your receipt of this letter. (Please note that we sent you a copy of this report with our earlier letter.) You also have the right to dispute the completeness or accuracy of any information contained in the report by contacting ChoicePoint Services Inc. directly.

You may contact ChoicePoint Services Inc. at:

ChoicePoint Services Inc.
Consumer Report
P.O. Box 49429
Charlotte, NC 28277
Phone:  1-800-403-4750
Fax:   1-800-256-5876

We wish you the best of luck in your job search. Again, thank you for your interest in Rite Aid Corporation.

Very truly yours,

Rite Aid Corporation

Enclosures: ChoicePoint Services Inc. Background Report
Summary of Rights

FAIR CREDIT REPORTING ACT NOTICE:  The information in this report is derived from research in accordance with the Fair Credit reporting Act (FCRA, 15 U.S.C. 1681 et seq., text in full at http:\\www.ftc.gov).  ChoicePoint Inc. cannot act as guarantor of the information accuracy or completeness.  Proper use of this report is governed by the FCRA and is the responsibility of the user.
*All fully displayed personal identifiable information is customer-provided.

GOODMAN

# EXHIBIT K

Dear Lexis Nexis

IM Victoria writing this
Statement to dispute the information
on my Esteen Backgrund Report.
The Reporting Facts From Chocie
Punt isn't accurate correct my
Formal employee presented choice.
Punt information leading From internal
theft. I was nevr presented Any
Forms to Sign nor did I Sign Any
verified admission statement or
wrote any letter to Loss Prevention
Prior to the Report I was discharge
From my present employee. I was Promoted
to supervisor had to do Another Report
I was discharge Prior From the Esteen
Report. I Recieved A copy of the Report
and Found that the information / facts
werent correct. I investigate calling
Both employee's By letting them know
that the info wasn't Right. My Formal
employee Loss Prevention kept giving me the
runarounds I kept telling them they was
Counfuse me w/ someone else My Facts on
she Report states that the incident

occur on 8-1-06 I wasnt with the
Company in Aug 06 I left the
Company in 8-06 I even recieved
unemployment on 6-06 My personal
information isnt accurate like DnB
Reports states 5-4-xxxx my DoB are
10-1-xxxx When I spoke to Loss Prevention
from Formal employee I told them
and ask them to presented me All Proof
As of why I was in the report in the first
place. Like I wasnt there is Aug the
Loss Prevention Kept saying they have
A letter that I wrote & sign I just want a
copy of it And the information wasnt right
so I notify Community legal service to
Believe them that they Confusing me
with someone else. Cause I wasnt
with the company in Aug And i didnt
Do Any Kind Heft Frena Both employee's
the information on the Report was
Correct And im dispiting My Esteen
Background Report.
                    Thank you
                    Victoria Gouellia 4/1/10
                    Ref 60918708

Tel: 800-403-4750
Fax: 866 294 6971

# EXHIBIT L

Consumer Print Center
P.O. Box 105179
Bldg. 2
Atlanta, GA  30348-5179



12/22/2009

VICTORIA GOODMAN
2552 NTH 9TH ST
PHILADELPHIA,  PA  19133

Dear VICTORIA GOODMAN,

You recently disputed information contained in a background report produced by LexisNexis for an
employment or volunteer purpose. We have completed our reinvestigation of the disputed information
and have verified that the original information provided on the background report was reported
accurately. Therefore, no change has been made to the background report originally produced.

A copy of the report reflecting the current information is enclosed for your records.

Upon your request, LexisNexis will provide you with a description of the procedure used to
reinvestigate the disputed information, including the name, address and telephone number to the extent
such information is available, of any relevant furnisher(s) of information.

You have a right to add a statement to your file disputing the accuracy or completeness of the
information. This statement will be included in future reports if the disputed information is contained
therein.

At your request, LexisNexis will notify anyone you specify who received your background report
containing the disputed information during the past two years that the information was disputed.
LexisNexis will furnish them a copy of your background report showing your statement disputing the
accuracy or completeness of the information.

If you have any additional questions regarding this matter, please call our Consumer Center at 866-688-
4864 or contact us in writing at:

LexisNexis Consumer Center -- Employment
P.O. Box 105108
Atlanta, GA 30348

Thank you for giving us the opportunity to assist you.

Sincerely,

LexisNexis Consumer Center

NOTE: Phone calls to the LexisNexis Consumer Center may be monitored for quality assurance.

LexisNexis and the Knowledge Burst logo are registered trademarks of Reed Elsevier Properties Inc., used under license. Other products and
services may be trademarks or registered trademarks of their respective companies. Copyright 2009 LexisNexis Risk & Information Analytics
Group Inc. All rights reserved.

EXHIBIT M



COMMUNITY LEGAL SERVICES
OF PHILADELPHIA

April 21, 2010

LexisNexis Consumer Center – Employment
P.O. Box 105108
Atlanta, GA  30348

Re:   Victoria Goodman

To the LexisNexis Consumer Center:

I am writing regarding the report you are maintaining regarding my client, Victoria Goodman. Ms. Goodman disputed the information you are maintaining in your Esteem database in December 2009 and maintains that she never signed any such statement.  You should be aware that Ms. Goodman lost her position with Rite Aid in Philadelphia after Rite Aid received a negative Esteem report.

You responded to Ms. Goodman with a 12/22/09 letter, attached hereto, maintaining that your report was accurate.  Kindly provide me with a complete description of the procedure you used to reinvestigate the disputed information.  In addition, kindly provide me with a copy of the original verified admission statement received from Dollar General which caused her to be placed on the registry.

Ms. Goodman submitted a handwritten statement disputing the information being maintained against her on your Esteem database.  Kindly provide me with proof that her statement has been added to your Esteem database and proof that her dispute statement has been provided to her employer, Rite Aid.

Please feel free to contact me at 215-981-3793.

Very truly yours,

NADIA HEWKA
Supervising Attorney

Encl

cc:     Victoria Goodman

# EXHIBIT N

12/17/2009 16:17 FAX 1611986007?     DISTRIBIT     Ø003

STATEMENT of Victoria Goodman

STORE
#7979
Rising Sun

I Victoria Goodman Age 32, SS#
Who Resides at 2552 North 9th Street,
Philadelphia, PA 19133, with a Date of Hire
of 2/27/06, Phone #.

While working in Dollar General Store #
7979 Rising Sun, Philadelphia I Attempted
to Leave the store with (1) Fan $12.00 And
(2) bottles of soda $2.00. I was Able to
Show the Receipt but the merchandise
was Never Rung up. The Manager did Not
Let the merchandise Leave the store.
I Agree that I DID not pay For the
Merchandise when it was going to Leave
the building. The Rest of merchandise Received
Totals $86.00 For A Total of $100.00

I Really strongly I Bought the Fan
somes to find out latter on I forgot
to Payifit and I didnt wanted
to Leave the Store w/it

Victoria Goodman

8/1/06                              8/4/06