IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and<br>VICTORIA GOODMAN, on behalf of themselves<br>And others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>LEXISNEXIS RISK & INFORMATION<br>ANALYTICS GROUP, INC.,<br><br>       Defendant. | CIVIL ACTION<br>No. 11-2950<br><br>**FILED**<br>MAY 2 3 2012<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

### ORDER

AND NOW, this 23RD day of MAY, 2012, upon consideration of Defendant LexisNexis Screening Solutions Inc.'s Unopposed Motion for Leave to File Reply Brief, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

Defendant shall file its Reply Brief on or before May 31, 2012.

                 BY THE COURT:

                 _____
                         DuBois J.