IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEESHA GOODE and VICTORIA GOODMAN, on Behalf of Themselves and Others Similarly Situated, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 2:11-cv-2950-JD |
| v. | : : | |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., | : : : | |
| Defendant. | : : | |

## O R D E R

**AND NOW**, this 25th day of June, 2012, upon consideration of Defendant's Motion to Dismiss (Document No. 31, filed May 7, 2012), Response in Opposition to Defendant LexisNexis Risk & Information Analytics Group, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Document No. 33, filed May 21, 2012), and Reply Brief in Further Support of Defendant LexisNexis Screening Solutions Inc.'s Motion to Strike Class Allegations and to Dismiss Counts I, III and IV of the Amended Complaint (Document No. 36, filed May 31, 2012), for the reasons set forth in the Memorandum dated June 25, 2012, **IT IS ORDERED** that Defendant's Motion to Dismiss is **DENIED.**

**IT IS FURTHER ORDERED** that an initial pretrial conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
**JAN E. DUBOIS, J.**