IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and<br>VICTORIA GOODMAN, on behalf of themselves<br>And others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>LEXISNEXIS RISK & INFORMATION<br>ANALYTICS GROUP, INC.,<br><br>　　　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>No. 11-2950 |

FILED

JUL - 9 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated by and between counsel for Plaintiffs Keesha Goode and Victoria Goodman and counsel for Defendant LexisNexis Screening Solutions Inc. that Defendant shall have a ten day extension of time (until <u>July 20, 2012</u>) to file its Answer to the Amended Complaint. No other extensions of time have been requested or granted with respect to this pleading.

**STIPULATED AND AGREED TO:**

/s/ Irv Ackelsberg

Irv Ackelsberg
Langer Grogan & Diver, PC
1717 Arch Street, Suite 4130
Philadelphia, PA  19103
Telephone No. (215) 320-5703

*Co-Counsel for Plaintiffs*

/s/ Andrew J. Soven

Andrew J. Soven
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
Telephone No. (215) 851-8100

*Counsel for Defendant*

**SO ORDERED:**

_____
7/9/12                        U.S.D.J.