IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and VICTORIA GOODMAN, on behalf of themselves And others similarly situated, | : : : : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : No. 11-2950 |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., | : : : |
| Defendant. | : |

**FILED**
JUL 2 3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20th day of JULY, 2012, upon consideration of Defendant LexisNexis Screening Solutions Inc.'s Motion for Extension of Time to File Answer to Amended Complaint, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED.**

Defendant shall have until August 10, 2012 to file its Answer to the Amended Complaint.

BY THE COURT:

_____
DuBois J.