# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and<br>VICTORIA GOODMAN, on behalf of themselves<br>And others similarly situated,<br><br>                              Plaintiffs,<br>         v.<br><br>LEXISNEXIS RISK & INFORMATION<br>ANALYTICS GROUP, INC.,<br><br>                              Defendants. | CIVIL ACTION<br>No. 11-2950 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Mark S. Melodia as co-counsel for Defendant LexisNexis Screening Solutions Inc., incorrectly identified in the Complaint as LexisNexis Risk & Information Analytics Group, Inc., in the above captioned matter.

/s/ *Mark S. Melodia*
Mark S. Melodia, Esquire
Reed Smith LLP
1650 Market Street
2500 One Liberty Place
Philadelphia, PA  19103-7301

Counsel for Defendant
LexisNexis Risk & Information
Analytics Group, Inc.

Dated:  August 10, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of August, 2012, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system. A copy of the Entry of Appearance has been served on counsel of record via the ECF system.

      /s/ _Mark S. Melodia_
      Mark S. Melodia