IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and<br>VICTORIA GOODMAN, on behalf of themselves<br>And others similarly situated,<br><br>          Plaintiffs,<br> v.<br><br>LEXISNEXIS RISK & INFORMATION<br>ANALYTICS GROUP, INC.,<br><br>          Defendants. | CIVIL ACTION<br>No. 11-2950 |

## ENTRY OF APPEARANCE

TO THE CLERK:

  Please enter the appearance of Diane A. Bettino as co-counsel for Defendant LexisNexis Screening Solutions Inc., incorrectly identified in the Complaint as LexisNexis Risk & Information Analytics Group, Inc., in the above captioned matter.

               /s/ *Diane A. Bettino*
               Diane A. Bettino, Esquire
               Reed Smith LLP
               1650 Market Street
               2500 One Liberty Place
               Philadelphia, PA  19103-7301

               Counsel for Defendant
               LexisNexis Risk & Information
               Analytics Group, Inc.

Dated:  August 13, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2012, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system. A copy of the Entry of Appearance has been served on counsel of record via the ECF system.

                                                     s/Diane A. Bettino
                                                     Diane A. Bettino