DATE OF NOTICE:        September 11, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEESHA GOODE and VICTORIA GOODMAN, on Behalf of Themselves and Others Similarly Situated, | : : : : | CIVIL ACTION |
| vs. | : : | |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., | : : | NO. 11-2950 |

**AMENDED NOTICE***

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held with the Honorable Jan E. DuBois on Thursday, September 27, 2012, at 2:00 p.m., in Chambers, Room 12613, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

Attached is the Court's Scheduling and Discovery Policy and a Conference Information Report which counsel are required to complete and forward to the Court **at least two days prior to** the day of the Conference. Do not docket the Report.

Counsel are also required to comply with the provisions of Federal Rule of Civil Procedure 26 (f) by conferring before the Preliminary Pretrial Conference for the purpose of preparing a joint proposed case management plan. The joint proposed case management plan should be submitted to the Court before the Preliminary Pretrial Conference.

In the event trial counsel in this case is on trial in a Court of record at the time of the Preliminary Pretrial Conference, another attorney in that trial attorney's office, who should be familiar with the case, is required to appear at the Preliminary Pretrial Conference. The Conference will be continued to another date only in exceptional circumstances.

Any attorneys who are not admitted to the Bar of this Court, and who want to participate in the Preliminary Pretrial Conference, should arrange to have local counsel file on their behalf, before the Conference, a motion for leave to appear *pro hac vice*.

/s/ George Wylesol
George Wylesol,
Deputy Clerk to Judge DuBois
267-299-7339

cc:   James Francis, Esq.; Leonard A. Bennett, Esq.; Erin Amanda Novak, Esq.; Irv Ackelsberg, Esq.;
   Nadia Hewka, Esq.; Sharon M. Dietrich, Esq.; Abraham Colman, Esq.; Andrew Soven, Esq.
   Diane Bettino, Esq.; Mark Melodia, Esq.; Sandra DiIorio, Esq.

* Previously scheduled for September 19, 2012.