IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and : | |
| VICTORIA GOODMAN, on behalf of themselves : | |
| And others similarly situated, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| v. : | No. 11-2950 |
| : | |
| : | |
| LEXISNEXIS RISK & INFORMATION : | |
| ANALYTICS GROUP, INC., : | |
| : | |
| Defendants. : | |
| : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw the appearance of Andrew J. Soven as counsel for Defendant.

                  s/ *Andrew J. Soven*
                  Andrew J. Soven
                  Attorney I.D. 76766
                  REED SMITH LLP
                  2500 One Liberty Place
                  1650 Market Street
                  Philadelphia, PA  19103-7301
                  (215) 851-8100 – Telephone
                  (215) 851-1420 – Facsimile
                  asoven@reedsmith.com

                  Counsel for Defendant
                  LexisNexis Risk & Information
                  Analytics Group, Inc.

Dated:  February 6, 2013

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2013, a true and correct copy of the foregoing Withdrawal of Appearance has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Case File system. A copy of the Withdrawal of Appearance has been served on counsel of record via the ECF system.

                                                s/ *Andrew J. Soven*
                                                Andrew J. Soven