UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEESHA GOODE and VICTORIA GOODMAN, on behalf of themselves and others similarly situated, | : : : | Civil Action |
| Plaintiffs | : | No. 11-2950 |
| v. | : : | |
| LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., | : : | Class Action |
| Defendant | : | |

**FILED**
MAY 2 0 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AMENDED SCHEDULING ORDER

AND NOW, this 17th day of May, 2013, as a result of the partial resolution of discovery disputes between the parties, which have, as a part of that resolution, requested an extension of the discovery deadline set forth in the September 27, 2012 Scheduling Order, said Order is hereby **AMENDED** as follows, and **SO ORDERED**:

1.   The deadline for fact-discovery on class certification and the merits is extended to July 3, 2013.

2.   Expert witness discovery shall proceed as follows:

   a.   On or before July 30, 2013, plaintiffs shall serve defendant with curriculum vitae and reports and/or responses to expert witness discovery for all expert witnesses on class certification and merits issues.

   b.   On or before August 30, 2013, defendant shall serve plaintiffs with curriculum vitae and reports and/or responses to expert witness discovery for all expert witnesses on class certification and merits issues.

   c.   On or before September 15, 2013, plaintiffs are granted leave to serve defendant with rebuttal expert witness reports and curriculum vitae for any expert whose curriculum vitae has not been provided.

  d. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the class certification and merits issues shall, at the time required for submission of information and/or reports for expert witnesses on class certification and merits issues, serve opposing parties with curriculum vitae and details and/or documents covering the lay opinions of the Rule 701 witnesses.

  e. Any discovery depositions of expert witnesses and Rule 701 witnesses may be taken between September 30, 2013 and December 15, 2013.

  f. Any *Daubert* motions shall be filed and served on or before January 10, 2014. Responses to Daubert motions shall be filed and served within two weeks of service of any such motion but in no event later than January 24, 2014. Two copies of any such motions and responses shall be served on the Court (Chambers, Room 12613) when the originals are filed.

  3. In the event counsel for either party concludes that expert witnesses will be required with respect to class certification issues, plaintiffs' motion for class certification shall be filed and served on or before January 5, 2014. The response to plaintiffs' class certification motion shall be filed and served on or before January 30, 2014. In the event plaintiffs conclude that a reply is necessary, leave is granted to serve a reply on or before February 7, 2014. Two (2) copies of each submission shall be served on the Court (Chambers, Room 12613) when the original is filed;

  4. In the event counsel for either party concludes that expert witnesses will not be required with respect to class certification issues, plaintiffs' motion for class certification shall be filed and served on or before July 30, 2013. The response to plaintiffs' class certification motion shall be filed and served on or before August 20, 2013. In the event plaintiffs conclude that a

reply is necessary, leave is granted to file and serve a reply on or before September 6, 2013. Two (2) copies of each submission shall be served on the Court (Chambers, Room 12613) when the original is filed; and

    5.    The Court has not scheduled the filing of motions for summary judgment. In the event either party determines that motions for summary judgment should be presented to the Court and ruled on before the motion for class certification is decided, an argument to that effect shall be included in the motion for class certification (plaintiffs) or the response to the motion for class certification (defendant). Any party opposing the filing of, and a ruling on, a motion for summary judgment before the Court rules on the class certification motion shall include an argument to that effect in their next-filed response with respect to class certification issues. The Court will address any such request before ruling on the motion for class certification.

IT IS FURTHER ORDERED that a further scheduling order will issue after the Court rules on the motion for class certification. In the event the Court determines that it is appropriate to decide a motion for summary judgment before ruling on the motion for class certification, an order to that effect will be issued and a scheduling order will issue thereafter if a decision on the motion for summary judgment does not resolve the entire case.

BY THE COURT:

_____

ENTERED

MAY 20 2013

CLERK OF COURT