IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEESHA GOODE and VICTORIA GOODMAN, on Behalf of Themselves and Others Similarly Situated,** | : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | NO.  11-2950 |
| vs. | : : | |
| **LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC.,** | : : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 24th day of May, 2013, upon consideration of the joint letter from the parties dated May 23, 2013, in which they reported they were proceeding with private mediation and requested that the Scheduling Orders be held in abeyance until the parties complete their settlement discussions, and good cause appearing, **IT IS ORDERED** that the Amended Scheduling Order dated May 17, 2013, and the separate schedule for briefing the pending discovery disputes set forth in the joint report of the parties dated May 17, 2013, and approved by the Court by letter dated May 20, 2013, are **VACATED**.  A Second Amended Scheduling Order covering all such proceedings will issue in the event the case is not settled.

**IT IS FURTHER ORDERED** that the parties, through counsel, shall jointly report to the Court (Letter to Chambers, Room 12613), within one (1) week following the last mediation with respect to whether the case is settled.

BY THE COURT:

  s/ Jan E. DuBois
**DuBOIS, JAN E., J.**