IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEESHA GOODE and VICTORIA GOODMAN, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 11-2950 |
| vs. ) ) | |
| LEXISNEXIS RISK & INFORMATION ) ANALYTICS GROUP, INC., ) ) | |
| Defendant. ) ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Plaintiff in the above-captioned matter.

                      Respectfully Submitted,

                      **FRANCIS & MAILMAN, P.C.**

BY:   */s/ John Soumilas*
        JOHN SOUMILAS, ESQUIRE
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA 19110
        (215) 735-8600

        Attorneys for Plaintiff

Dated:  June 11, 2013

## CERTIFICATE OF SERVICE

I, **John Soumilas**, hereby certify that, on this date, I caused a true and correct copy of the foregoing Notice of Appearance to be served by way of ECF Notification upon all counsel of record in this matter.

              **FRANCIS & MAILMAN, P.C.**

       BY:  */s/ John Soumilas*
           JOHN SOUMILAS, ESQUIRE
           Attorney for Plaintiff
           Land Title Building, 19th Floor
           100 South Broad Street
           Philadelphia, PA 19110
           (215) 735-8600

Date: June 11, 2013