## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEESHA GOODE and**<br>**VICTORIA GOODMAN, on behalf of**<br>**themselves and others similarly situated,**<br>**Plaintiffs,** | **CIVIL ACTION** |
| **v.** | **NO.  11-2950** |
| **LEXISNEXIS RISK & INFORMATION**<br>**ANALYTICS GROUP, INC.,**<br>**Defendant.** | |

## O R D E R

**AND NOW**, this 5th day of November, 2013, following a telephone conference with the parties, through counsel, on said date, **IT IS ORDERED** that plaintiff shall, on or before November 15, 2013, file and serve a motion for preliminary approval of class action settlement and approval of notice to putative class with a copy of the settlement agreement attached.

Two (2) copies of the motion shall be served on the Court (Chambers, Room 12613) when the original is filed.

BY THE COURT:

**/s/ Hon. Jan E. DuBois**

_____

**DuBOIS, JAN E., J.**